DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL S. LABINER,**
Appellant,

v.

**LESLEY WARD-KUHN** and **CORY MATTHEW MELTZER, CORY MELTZER LLC,** a Florida limited liability Company a/k/a **LAW OFFICE OF CORY MELTZER,**
Appellees.

No. 4D17-3420

[March 1, 2018]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 2016CA000330.

Christopher W. Wickersham Jr., and Michael R. Yokan of Law Office of C.W. Wickersham, Jr., P.A., Jacksonville, for appellant.

Matthew M. Thomas and Joseph H. Graves of Graves Thomas Injury Law Group, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***